UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-00464-RGK (AJWx) | Date | June 20, 2012 |
|---|---|---|---|
| Title | Janet Nikogosian v. Cavalry Portfolio Services LLC | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not Present | | Not Present | |

**Proceedings:**     **(IN CHAMBERS)** Defendant's Motion to Dismiss Case (DE 9)

The Court hereby advises counsel that the above-referenced motion, noticed for hearing on June 25, 2012, has been taken **under submission** and off the motion calendar. **No appearances by counsel are necessary**.  The Court will issue a ruling after full consideration of properly submitted pleadings.

**IT IS SO ORDERED.**

                                                                              :
                                    Initials of Preparer         slw